# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ACandS, INC., et al., | ) Lead Case No. 02-12687 (KG) |
| | ) |
| Debtors. | ) |
| | ) |
| | ) |
| | ) |
| GENERAL MOTORS LLC, | ) Adversary Case No. 17-50192 (KG) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| ACandS SETTLEMENT TRUST, et al., | ) |
| | ) Ref. Docket No. 8 |
| Defendants. | ) |

## ORDER STAYING ADVERSARY PROCEEDING

Upon consideration of the Trust and Trustee's Motion for a stay of the instant adversary proceeding pending the District Court's disposition of the Motion of the Trust and the Trustee to withdraw Plaintiff General Motors LLC's Amended Complaint for Declaratory Judgment (Adv. D.I. 3) (the "Adversary Complaint") (the "Motion to Withdraw the Reference"), any response thereto and any reply, the arguments of counsel and the entire record, the Court finds the Motion to be well taken and it is **HEREBY GRANTED**.

**IT IS THEREFORE ORDERED** that the instant adversary proceeding is hereby stayed pending the District Court's disposition of the Motion to Withdraw the Reference and further order of the Court.

Dated: June 5, 2017

_____
Kevin Gross
United States Bankruptcy Judge